NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000674
28-JUN-2019
12:09 PM

NO. CAAP-18-0000674

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CIBER INC., A Delaware Corporation, Plaintiff/Counterclaim Defendant-Appellee/Cross-Appellee, v. STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION, Defendant/Counterclaim Plaintiff-Appellee/Cross-Appellee, and JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; AND DOE ENTITIES 1-10, Defendants

STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION, as assignee of CIBER INC., Third-Party Plaintiff-Appellee/ Cross-Appellee/Cross-Appellant, v. CONTINENTAL CASUALTY COMPANY, Third-Party Defendant-Appellee/Cross-Appellee, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, ASPEN SYNDICATE 4711, Third-Party Defendant-Appellee/Cross-Appellant/Cross-Appellee, and LIBERTY INSURANCE SURPLUS CORPORATION, Third-Party Defendant- Appellant/Cross-Appellee, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, BARBICAN SYNDICATE 1955; and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, KILN SYNDICATE 510, Third-Party Defendants- Appellees/Cross-Appellants/Cross-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1881)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Voluntarily Dismiss Appeal, filed June 27, 2019, by Third-Party Defendant- Appellant/Cross-Appellee Liberty Surplus Insurance Corporation, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and cross-appeals without prejudice and bear their own

attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal and cross-appeals; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, June 28, 2019.

*Lawrence M Reifurth*
Presiding Judge

*Derrick H.M. Chan*
Associate Judge

*Keith K Hiraoka*
Associate Judge